IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY L. JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIV-05-371-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered January 25, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, the final decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation adopted by this Order.

**IT IS SO ORDERED** this 16th day of February, 2006.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE